# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gloria G. Dettmann,

    Plaintiff,                             Civil No. 10-317 (RHK/SRN)

vs.                                     **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Baxter Healthcare Corporation, et al.,

    Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 4, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge